SCWC-11-0000375

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HOWARD M. NOBUNAGA, Petitioner/Claimant-Appellant,

vs.

STATE OF HAWAIʻI, JUDICIARY DEPARTMENT,
Respondent/Employer-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000375; AB 2005-168 (2-04-02893))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Nishimura, in place of McKenna, J., recused)

Petitioner/Claimant-Appellant Howard M. Nobunaga's

application for writ of certiorari filed on May 28, 2014, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 10, 2014.

Lowell K.Y. Chun-Hoon
and Tatjana A. Johnson
for petitioner

Scott G. Leong and
Shawn L.M. Benton
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rhonda A. Nishimura

